UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA JANUSZYK,

       Plaintiff,                      Civil Action No. 13-CV-15012

v.                                   Honorable Patrick J. Duggan

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

      On December 11, 2013, Plaintiff filed this lawsuit challenging the final decision of the Commissioner denying Plaintiff's application for disability insurance benefits and supplemental security benefits. On November 19, 2014, Plaintiff filed a motion for summary judgment. On January 7, 2015, Defendant filed a motion for summary judgment. The Court referred the case to the Magistrate Judge for all pretrial proceedings.

      On June 16, 2015, the Magistrate Judge issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendant's motion for summary judgment. At the

conclusion of the R&R, the Magistrate Judge advised the parties that they may object and seek review of the R&R within 14 days of service upon them.  R&R at 10 (ECF No. 19).  The Magistrate Judge further specifically advised the parties that "[f]ailure to file  specific objections constitutes a waiver of any further right of appeal."  *Id.*  Neither party filed objections to the R&R, and the time to do so has expired.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by the Magistrate Judge.  The Court therefore adopts the Magistrate Judge's R&R.  Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**.


Dated: July 7, 2015                    s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Patrick M. Carmody, Jr., Esq.
Alison Schwartz, Esq.
Susan K. DeClercq, Esq.